**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| RONALD WADE, | : | |
| Petitioner, | : | |
| v. | : | 1:07-cv-153 (WLS) |
| WARDEN GARRETT, | : | 28 U.S.C. § 2254 |
| Respondent. | : | |

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 10), filed October 23, 2007. It is recommended that Petitioner's application for relief be dismissed as untimely. (Doc. No. 10). Plaintiff has not filed a timely, or any, objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant's motion to dismiss (Doc. No. 7) is **GRANTED** and Petitioner's application for relief is **DISMISSED as untimely.**

SO ORDERED, this __8th__ day of May, 2008.

                                                                  /s/W. Louis Sands
                                                               **W. Louis Sands, Judge
                                                               United States District Court**